NO. 07-03-0153-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

OCTOBER 6, 2003

_____


CAROL CHAVARRIA, APPELLANT

V.

THE STATE OF TEXAS, DEFENDANT CREDITOR AND PAUL DRAGER,
CONSTABLE, PRECINCT 1, HALE COUNTY, TEXAS DEFENDANT, APPELLEES


_____

FROM THE 64TH DISTRICT COURT OF HALE COUNTY;

NO. A29526-9712; HONORABLE JACK R. MILLER, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**


Pending before this Court is Carol Chavarria's motion for voluntary dismissal by

which she represents the parties have reached an agreement to settle and compromise

their differences. Without passing on the merits of the case, the motion is granted and the

appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(1).  Having dismissed the appeal at Chavarria's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice